Meng Zhong, Esq.
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
Tele: 702-949-8200
Email: mzhong@lewisroca.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY HARRIS, | Case No.   2:20-cv-02040-ART-EJY |
| Plaintiff, | **JOINT MOTION TO STAY SCHEDULING ORDER DEADLINES DUE TO SETTLEMENT** |
| v. | |
| STATE OF NEVADA, et al., | **(SECOND REQUEST)** |
| Defendants. | |

  Pursuant to Local Rule 26-4, Plaintiff Anthony Harris ("Plaintiff") and Defendants John Borrowman, Gregory Bryan, Jayme Cabrera, Bob Faulkner, Frederico Fonseca, Stephen George, Michael Minev, Nonilon Peret, James Tolman, Brian Williams Sr., and Nurse Nick, (collectively, "Defendants"), by and through their undersigned counsel, jointly stipulate and agree to stay all discovery deadlines pending further order of the Court.

  In support of this Stipulation, the parties state as follows:

  1. The parties have executed a settlement agreement and request that the remaining discovery deadlines (ECF No. 42) be stayed while the terms of that agreement are carried out. Some of those terms include the performance of obligations in 30-60 days. Once the obligations are completed, the parties intend to submit a joint dismissal of the case.

  2. This motion is brought in good faith, in the interest of justice, and not for the purpose of undue delay.

  3. This is the parties' second joint request to extend discovery deadlines in the scheduling order.

124000544.1

1

4. The parties will agree to submit a status report in 60 days if this matter has not concluded by them.

Jointly and respectfully submitted this 29th day of February, 2024.

**IT IS SO STIPULATED.**

| | |
|---|---|
| AARON D. FORD<br>Attorney General | LEWIS ROCA<br>ROTHGERBER CHRISTIE LLP |
| By: /s/ Jessica E. Brown<br>Jessica E. Brown (NV Bar No. 14487)<br>Deputy Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, Nevada 89101<br>Tele: (702) 486-2389<br>Email: J.Brown@ag.nv.gov | By: /s/ Meng Zhong<br>Meng Zhong (NV Bar No. 12145)<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169<br>Tele: 702-949-8200<br>E-mail: mzhong@lewisroca.com |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

**IT IS SO ORDERED.**

_____
U.S. Magistrate Judge

Dated: February 29, 2024