1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY HARRIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　Defendant. | Case No. 2:20-cv-02040-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Attorneys for Defendants John Borrowman, Gregory Bryan, Jaymie Cabrera, Bob Faulkner, Erik Fonseca-Hernandez, Steven George, Michael Minev, Nicholas Parsons, Nolilon Peret, James Tolman, and Brian Williams, and any unnamed defendants by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kyle L. Hill, Deputy Attorney General of the State of Nevada, Office of the Attorney General, and Plaintiff, Anthony Harris, by and through counsel, Meng Zhong of Lewis Roca Rothgerber Christie LLP, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

/ / /

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 22nd day of May, 2024.　　　　　DATED this 22nd day of May, 2024

LEWIS ROCA　　　　　　　　　　　　　　　AARON D. FORD
ROTHBERGER CHRISTIE LLP　　　　　　　　Attorney General

By: /s/ Meng Zhong　　　　　　　　　　　　By: /s/ Kyle L. Hill
Meng Zhong (NV Bar No. 12145)　　　　　　KYLE L. HILL (NV Bar No. 16094)
3993 Howard Hughes Pkwy., Suite 600　　　Deputy Attorney General
Las Vegas, NV 89169　　　　　　　　　　　555 E. Washington Ave., Ste. 3900
Tele: (702) 949-8200　　　　　　　　　　　Las Vegas, Nevada 89101
Email: mzhong@lewisroca.com　　　　　　Tele: (702) 486-0429
　　　　　　　　　　　　　　　　　　　　Email: khill@ag.nv.gov

*Attorney for Plaintiff*

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED May 23, 2024,

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE